STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LINA PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    FAX: (415) 436-7027
    Lina.Peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 21-238 JD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND SETTING CHANGE OF PLEA DATE |
| v. | ) | |
| LEVONTA FARLEY, | ) | |
| Defendant. | ) | |

    This matter is current set for a further status conference on August 23, 2021. The parties jointly request that this case be set for a change of plea hearing on Monday, August 30, 2021, at 10:30 a.m.

    The parties stipulate that the time between now and August 30, 2021, should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
CR 21-238 JD

DATED: August 11, 2021

          Respectfully submitted,

          STEPHANIE M. HINDS
          Acting United States Attorney

          _____/s/_____
          LINA PENG
          Assistant United States Attorney

DATED: August 11, 2021

          _____/s/_____
          EDWIN PRATHER
          Attorney for Levonta Farley

STIPULATION AND [PROPOSED] ORDER
CR 21-238 JD

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby finds that to ensure adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A). It is therefore ordered that time is excluded from now until August 30, 2021. It is further ordered that a change of plea hearing is set for August 30, 2021, at 10:30 a.m.

IT IS SO ORDERED.

August 16, 2021
Dated

JAMES DONATO
United States District Judge