EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
LEVONTA FARLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVONTA FARLEY,<br><br>Defendant. | Case No.: CR 21-0238 JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING HEARING** |

Defendant Levonta Farley pleaded guilty in this matter and is currently set to be sentenced on January 10, 2022.

The parties require additional time to complete the Presentence Report process and as such, request and jointly stipulate that the sentencing hearing in this matter be continued to February 7, 2022.  The Court and the U.S. Probation Department is available on the proposed date.

SO STIPULATED.

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

Dated: November 16, 2021

_____
LINA PENG
Assistant United States Attorney

Dated: November 16, 2021

_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
LEVONTA FARLEY

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that January 10, 2022 sentencing hearing is vacated and instead set on February 7, 2022, at 10:30 a.m.

Dated: December 15, 2021

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE